# PLACEHOLDER

**Media Exhibits to Be Provided Directly:**

**Ex. A-1:** USA-00105678.mp4

**Ex. A-2:** USA-00105679.mp4