# EXHIBIT B

# Oklahoma Department of Public Safety
## Oklahoma Highway Patrol
### REPORT OF INVESTIGATION

- [ ] DUI/DWI/APC
- [x] CRIMINAL INTERDICTION
- [ ] WATER RELATED DEATH
- [ ] MOTOR VEHICLE DEATH
- [ ] OTHER CRIMINAL

## SUBJECT INFORMATION

| LAST NAME | FIRST NAME | M.I. | STREET ADDRESS | APT |
|---|---|---|---|---|
| MOZEAK | JOHNATHAN | R | [redacted] | |

| CITY | STATE | ZIP CODE | PRIMARY CONTACT NUMBER | SECONDARY CONTACT NUMBER |
|---|---|---|---|---|
| ROCK HILL | SC | 29730 | [redacted] | |

| DL# | DL STATE | SSN | D.O.B. | SEX | RACE | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|---|
| [redacted] | SC | [redacted] | [redacted] | M | B | 604 | 330 |

## SUBJECT INFORMATION

| LAST NAME | FIRST NAME | M.I. | STREET ADDRESS | APT |
|---|---|---|---|---|
| DAVIS | TINA | | [redacted] | |

| CITY | STATE | ZIP CODE | PRIMARY CONTACT NUMBER | SECONDARY CONTACT NUMBER |
|---|---|---|---|---|
| CHARLOTTE | NC | 28215 | N/A | |

| DL# | DL STATE | SSN | D.O.B. | SEX | RACE | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|---|
| [redacted] | NC | [redacted] | [redacted] | F | B | 600 " | 240 |

## VESSEL/VEHICLE INFORMATION

| TAG | TAG STATE | TAG YEAR EXP | MAKE | MODEL | YEAR MODEL | COLOR |
|---|---|---|---|---|---|---|
| HKH4204 | NC | 2021 | GMC | YUKON | 2021 | BLK |

| VIN/HIN | REMOVED BY | STORED BY |
|---|---|---|
| 1GKS2GKD5MR172686 | DRIVER | N/A |

HOLDS: [ ] CRIMINAL INTERDICTION  [ ] CRASH INVESTIGATION  [ ] TAXES  [ ] CUSTODIAL ARREST

## CHARGES

| DAY OF THE WEEK | DATE | TIME |
|---|---|---|
| MONDAY | 11/30/2020 | 2:40 AM |

**LOCATION OF ARREST/REPORT**
I40 AT GARTH BROOKS WESTBOUND

**CLOSEST 911 OR PHYSICAL ADDRESS**

| OFFENSE | STATUTE NUMBER |
|---|---|
| | |

| INVESTIGATING TROOPER | BADGE # | TROOP | COUNTY | AGENCY CASE # | DATE OF REPORT |
|---|---|---|---|---|---|
| TRP J. TAYLOR | 701 | A | CANADIAN | OHP20-006567 | 11/30/2020 |

This report is the property of the Oklahoma Highway Patrol and is loaned to your agency. It and its content are to be considered LAW ENFORCEMENT SENSITIVE and are not to be distributed outside your agency.

| OFFENSE | | STATUTE NUMBER |
|---|---|---|
| COUNT 1 | POSS OF DRUG PROCEEDS | 63-2-503.1 |

## VICTIM/WITNESS

| LAST NAME | FIRST NAME | M.I. | D.O.B. | RACE | SEX | WITNESS TYPE |
|---|---|---|---|---|---|---|
| JUSTIN | TAYLOR | | | W | M | CASE TROOPER |

| STREET ADDRESS | CITY | STATE | ZIP CODE | PHONE |
|---|---|---|---|---|
| 3600 N. MLK BLVD | OKC | OK | 73011 | 405-425-3635 |

BRIEFLY DESCRIBE THE EXPECTED TESTIMONY

ATTACHMENTS:
- [ ] WRITTEN STATEMENT
- [x] L.E. REPORTS
- [ ] INTERVIEW SYNOPSIS
- [ ] FIRST RESPONDER/EMS REPORTS

RECORDED? (Describe)

## DESCRIPTION OF EVIDENCE
List the Physical, Documentary and Demonstrative Evidence that exists at the time the report is submitted.

| | EVIDENCE ITEM (List Below) | STORAGE LOCATION |
|---|---|---|
| ITEM 1 | $383,590 U.S CURRENCY | TROOP SO |
| ITEM 2 | PAPER BINDLE CONTAINING SHAKINGS FROM U.S CURRENCY | TROOP SO |
| ITEM 3 | PACKAGING FROM U.S CURRENCY | TROOP SO |

## FACTS

TRAINING AND EXPERIENCE:

I, Trooper Justin Taylor # 701, have been employed by the Oklahoma Highway Patrol since February of 2020. I am a graduate of the 66th Oklahoma Highway Patrol Academy in 2020. I am currently assigned to Troop A. Before joining the Oklahoma Highway Patrol I was employed with the Oklahoma County Sheriff Office and assigned to the Central Metro Interdiction Team. During my tenure with the Oklahoma County Sheriff Office and The Oklahoma Highway Patrol, I have made thousands of traffic stops, some of which resulted in numerous criminal interdictions and felony arrests. I have assisted other police officers, deputies, and troopers with numerous criminal interdictions and major felony cases. Additionally, I have located and accessed numerous hidden compartments in my career. I also routinely network with other officers around the country in current trends related to criminal interdiction and smuggling.

I have received extensive training in the area of criminal interdiction, commercial motor vehicle interdiction, interview and interrogation, consensual encounters, search and seizure, conspiracy investigations, body language, and hidden compartments. These courses have been taught by the Drug Enforcement Agency, Desert Snow, DIAP, Oklahoma

| INVESTIGATING TROOPER | BADGE # | TROOP | COUNTY | AGENCY CASE # | DATE OF REPORT |
|---|---|---|---|---|---|
| TRP J. TAYLOR | 701 | A | CANADIAN | OHP20-006567 | 11/30/2020 |

This report is the property of the Oklahoma Highway Patrol and is loaned to your agency. It and its content are to be considered LAW ENFORCEMENT SENSITIVE and are not to be distributed outside your agency.

Highway Patrol, Midwest Counter Drug Training Center, HITS (Highway Interdiction Training Specialist), Triple I solutions, Diamondback Specialized CMV training, and the National Interdiction Conference.

REPORT:

On 11/30/20 at approximately 0240 hours I was traveling westbound interstate 40 approaching Morgan Rd. I observed a Black GMC Yukon bearing North Carolina Tag# HKH4204 traveling in the center lane driving 68 mph in a 65 mph zone. I continued to follow the vehicle to see if the vehicle would slow down. Once we came into a 70 mph zone the above-said vehicle sped up to 73 mph in a 70 mph zone. I then activated my emergency equipment for speeding through two different zones. I pulled the vehicle over at I-40 and Garth Brook. I made a passenger-side approach on the vehicle and observed a lived-in look, multiple cell phones, and several small luggage bags. the third row of the vehicle was up, and the second-row seats were down.

I made contact with the driver, later identified as MOZEAK, JOHNATHAN B/M              I explained the reason I stopped him and he understood. I asked MOZEAK for his driver's license and he handed me his driver's license from South Carolina. I had MOZEAK come back to my patrol car to conduct my law enforcement checks. I asked MOZEAK what brought him to Oklahoma and he stated " I am headed to California to visit, a buddy". At approximately 3 minutes and 47 seconds into my traffic stop, I contacted my dispatch to start OCPD K-9 to my location. I asked MOZEAK how long he was in the military and he stated 8 years. I asked MOZEAK what he did for a living and he stated "Bails Bondsman". I asked MOZEAK where he was headed in California and he stated Los Angeles (A known source city for criminal activity) I asked how long he was going to stay in L. A and he stated 2-3 days. At this point in the traffic stop, I believe criminal activity was taking place. I asked MOZEAK where he was going to stay in California and he stated a Hotel.

I made a passenger-side approach to get the rental agreement, I made a contact with the passenger later identified as, DAVIS, TINA B/F              . I asked DAVIS for the rental agreement and she handed me the receipt. While talking with DAVIS I could smell an odor of raw marijuana coming from inside of the vehicle. I observed the rental car to be a ONE-WAY rental from Charlotte, NC to L.A, CA. Based on my training and experience people involved in criminal activity will get one-way rentals and fly back because whatever they have in the said vehicle they could not put it on a plane. I asked DAVIS where they were headed and she stated "We are on a mission, to Arizona.

Once back at my patrol car I confirmed through my dispatch that OCPD had a K-9 en-route. I asked MOZEAK who rented the car and he stated the passenger did but he was an authorized driver. I asked MOZEAK about the one way rental and he stated they are going to fly back home, because of his hemorrhoids. I asked MOZEAK what in the vehicle belongs to him and he advised the black carry-on luggage bag. I asked if that all and he stated no the black book bag in the back too. (there were a total of 5 bags in the car). I asked MOZEAK if there was any Marijuana in the car and he stated no. I ask MOZEAK if there was any large amount of U.S currency inside of the vehicle and he stated " I don't". I asked MOZEAK for consent to search his car and he stated "I would rather you not".

Due to the one way rental, multiple cell phones, lived in look, unclaimed baggage, odor of marijuana, discrepancies in travel plans, and short turn around trip I had Sgt. Dan Evans with OCPD run his state-certified K-9 "Logan" around the vehicle. Sgt. Evans arrived and deployed Logan, Sgt. Evans advised his state-certified K-9 gave a positive alert to the vehicle.

I then conducted a probable cause search on the vehicle and located 12 bundles of U.S currency. I then placed both MOZEAK and DAVIS under investigation detention and made contact with the on-call DEA agent. Trp. Eads and Trp. Lipe transported both subjects back to Troop SO office and I transported two black back packs with the U.S currency in my passenger seat.

Once back at Troop SO myself and Trp. Swatzky counted the U.S currency totaling in $383,590. The batch report

| INVESTIGATING TROOPER | BADGE # | TROOP | COUNTY | AGENCY CASE # | DATE OF REPORT |
|---|---|---|---|---|---|
| TRP J. TAYLOR | 701 | A | CANADIAN | OHP20-006567 | 11/30/2020 |

This report is the property of the Oklahoma Highway Patrol and is loaned to your agency. It and its content are to be considered LAW ENFORCEMENT SENSITIVE and are not to be distributed outside your agency.

showed that 14,124 were twenty dollar bills. Based on my training and experience and the way the money was being transported I believed the U.S currency was derived from the sale of narcotics. DEA agent Cameron Ware interview both individuals and released both parties with the vehicle.

| INVESTIGATING TROOPER | BADGE # | TROOP | COUNTY | AGENCY CASE # | DATE OF REPORT |
|---|---|---|---|---|---|
| TRP J. TAYLOR | 701 | A | CANADIAN | OHP20-006567 | 11/30/2020 |

This report is the property of the Oklahoma Highway Patrol and is loaned to your agency. It and its content are to be considered LAW ENFORCEMENT SENSITIVE and are not to be distributed outside your agency.